IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JAMES WALTER DURAND**                                      **PLAINTIFF**

**v.**                                                   **CIVIL NO. 1:22-cv-00070-HSO-BWR**

**PROBATION AND PAROLE, et al.**                        **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Court's Order of Dismissal issued this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this civil action is **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(i)-(ii) until the conditions outlined in *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994), are met.

**SO ORDERED AND ADJUDGED**, this 21st day of September, 2022.

                                                   *s/ Halil Suleyman Ozerden*
                                                 HALIL SULEYMAN OZERDEN
                                                 UNITED STATES DISTRICT JUDGE